■ WINTHROP J. ALLEGAERT, as Trustee of DUPONT WALSTON, INCORPORATED, Formerly Known as WALSTON & Co., INC., Appellant-Respondent, v DONALD J. BRADY et al., Respondents-Appellants, and DENIS M. HYNES & Co., INC., Respondent-Appellant.—Order, Supreme Court, New York County, entered on March 11, 1976, unanimously affirmed on the opinion of Gelli-

noff, J., at Special Term, without costs and without disbursements. Concur—Kupferman, J. P., Silverman, Capozzoli, Lane and Nunez, JJ.